IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL JOEL ROZIER,   *

    Plaintiff,   *

v.   Case No. 5:25-cv-00350-MTT

    *

STATE OF GEORGIA et al.,

    *

    Defendants.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated November 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Treutlen County, Georgia.

This 18th day of November, 2025.

    David W. Bunt, Clerk

    s/ Erin Pettigrew, Deputy Clerk